AO 450 (GAS Rev 10/03) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

UNITED STATES OF AMERICA,

Plaintiff,

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: CV424-26

CRYPTOCURRENCY DESCRIBED BELOW IN PARAGRAPH THREE,

Defendant.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, pursuant to the Order of this Court dated June 4, 2024, judgment is hereby entered in favor of Plaintiff United States of America. This case stands closed.



6/4/2024
Date

John E. Triplett
Clerk



(By) Deputy Clerk